IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WARREN CHARLES FIELDS                                                PLAINTIFF

    V.                          Civil No. 09-6110

SHERIFF LARRY SANDERS
and CAPTAIN MEL STEED                                               DEFENDANTS

O R D E R

On this 8th day of April 2011, there comes on for consideration the report and recommendation filed in this case on March 9, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 23). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge

**AO72A**
**(Rev. 8/82)**